6 So.2d 904
### Lawson DAVIS v. STATE.
#### 8 Div. 224.

Court of Appeals of Alabama.
Feb. 3, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

5 So.2d 845
### Richard DAVIS v. STATE.
#### 4 Div. 684.

Court of Appeals of Alabama.
Nov. 25, 1941.

A. L. Patterson, of Phenix City, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

8 So.2d 224
### Mittie DAWKINS v. CITY OF JASPER.
#### 6 Div. 884.

Court of Appeals of Alabama.
April 23, 1942.

PER CURIAM.
Appeal dismissed, want of prosecution.

3 So.2d 919
### Wilson DEASON v. STATE.
#### 7 Div. 599.

Court of Appeals of Alabama.
June 30, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

5 So.2d 845
### Henry DEMUS v. STATE.
#### 4 Div. 677.

Court of Appeals of Alabama.
Nov. 25, 1941.

Robert H. Bennett, of Clayton, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

8 So.2d 899
### James DENBY v. CITY OF BIRMINGHAM.
#### 6 Div. 895.

Court of Appeals of Alabama.
May 12, 1942.

BRICKEN, Presiding Judge.
Affirmed.